**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DERECK CHRISTOPHER VINDIOLA,      No. 2:12-CV-2787-JAM-CMK-P

                Plaintiff,

      vs.                                          ORDER

JILL HALL, et al.,

                Defendants.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   Plaintiff has filed a notice of partial voluntary dismissal (Doc. 17). Specifically, plaintiff seeks voluntary dismissal of all claims against defendant Hall.   Because no response to the complaint has been filed, leave of court is not required and defendant Hall is dismissed on plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(I).

        IT IS SO ORDERED.


 DATED:  February 7, 2014

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

1