IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERECK CHRISTOPHER VINDIOLA, | No. 2:12-CV-2787-JAM-CMK-P |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| MARY ANNE ARTEAGE, | |
| Defendant. | |
| _____/ | |

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's requests for injunctive relief (Docs. 13, 14, 15, and 16).

  In his various motions/requests, plaintiff seeks the following relief: (1) a restraining order against Jill Hall (Doc. 13); and (2) orders directing Correctional Officer Morales to provide him access to his legal materials (Docs. 14, 15, and 16). Neither Hall nor Morales, however, are parties to this action. Specifically, plaintiff has voluntarily dismissed his claims against Hall and Morales is not named in either the original or amended complaints. Because the court is unable to issue an order against individuals who are not parties to a suit pending before it, see Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969), plaintiff's

motions/requests for injunctive relief should be denied.

      Based on the foregoing, the undersigned recommends that plaintiff's requests for injunctive relief (Docs. 13, 14, 15, and 16) be denied.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  February 7, 2014

                                                                **CRAIG M. KELLISON**
                                                                 UNITED STATES MAGISTRATE JUDGE