**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERECK CHRISTOPHER VINDIOLA, | No. 2:12-CV-2787-JAM-CMK-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MARY ANNE ARTEAGE, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 7, 2014, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2014, are adopted in full; and

2. Plaintiff's requests for injunctive relief (Docs. 13, 14, 15, and 16) are denied.

DATED: April 15, 2014

                                        /s/ John A. Mendez_____
                                        UNITED STATES DISTRICT COURT JUDGE